RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Pedro Jesus Naranjo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PEDRO JESUS NARANJO,<br><br>        Defendant. | Case No. 2:19-cr-00203-GMN-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jennifer Oxley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Pedro Jesus Naranjo, that the Sentencing Hearing currently scheduled on December 16, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Additional time is needed to conduct the presentence investigation interview.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 3rd day of November 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Jennifer Oxley<br>JENNIFER OXLEY<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO JESUS NARANJO,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00203-GMN-EJY<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on December 16, 2020 at the hour of 3:00 p.m., be vacated and continued to Wednesday, January 20, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Navarro.

　　DATED this __4__ day of November 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3