RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Pedro Jesus Naranjo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>PEDRO JESUS NARANJO,<br><br>             Defendant. | Case No. 2:19-cr-00203-GMN-EJY-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J .Nemec, Assistant Federal Public Defender, counsel for Pedro Jesus Naranjo, that the Revocation Hearing currently scheduled on November 18, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to conduct investigation and review discovery.  Particularly, defense counsel needs to work with the Clark County Public Defender's Office to gather information about Mr. Naranjo's state cases.

2. Government counsel is unavailable November 26, 2024 to December 2, 2024 and December 23, 2024 to January 2, 2024.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 15th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO JESUS NARANJO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00203-GMN-EJY-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, November 18, 2024 at 9:00 a.m., be vacated and continued to December 18, 2024 at the hour of 10:00 a.m.

　　DATED this 15 day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE

3